# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ZHAMONIQ STEVENS,<br><br>    Defendant. | Case No. 6:24-mj-01993-RMN |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Zhamoniq Stevens, through undersigned counsel, moves to modify her conditions of release. The Government does not oppose this motion. In support therefore, Ms. Stevens states as follows:

1. Ms. Stevens is charged in the U.S. District Court for the Eastern District of Missouri with one count of conspiracy to commit wire fraud.

2. On September 20, 2024, Ms. Stevens had her initial appearance before this Court under Federal Rule of Criminal Procedure 5(c) and was released under conditions. (Doc. 8.) The Government did not seek pretrial detention.

3. Under the current terms of Ms. Stevens' release, her residence is restricted to the Middle District of Florida, and her travel is restricted to the Eastern District of Missouri. (Doc. 8 at 2.)

4. At the time of the initial appearance, all counsel and the Probation Office were under the impression that Ms. Stevens resided in the Middle District of Florida with her grandmother at 5317 Ferdinand Drive, Orlando, Florida 32808.

5. This was a misunderstanding. Although Ms. Stevens receives mail at her grandmother's address, she actually resides with her cousin at 1159 SE 41st Drive, Gainesville, Florida 31641. In fact, Ms. Stevens traveled from Gainesville to Orlando in order to surrender to this Court.

6. Gainesville is located in the Northern District of Florida.

7. The Probation Office does not object to transferring Ms. Stevens' pretrial supervision to the Northern District of Florida but first requires that the conditions of Ms. Stevens' release be modified to permit travel to, and residence in, the Northern District of Florida.

8. The Government does not object to such a modification or to the transfer of Ms. Stevens' pretrial supervision to the Northern District of Florida.

**WHEREFORE** Ms. Stevens respectfully requests that this Court modify the conditions of her release to allow her to travel to, and reside in, the Northern District of Florida.

Dated: September 30, 2024       Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/Vitaliy Kats, Esq.*
Vitaliy Kats, Esq. (FBN 0118748)
Assistant Federal Defender
201 South Orange Avenue, #300
Orlando, FL 32801
Telephone: 407-648-6338
vitaliy_kats@fd.org

## CERTIFICATE OF SERVICE

I certify that on September 30, 2024, I filed the foregoing with the Clerk by using the CM/ECF system, which will send a notice of filing to counsel of record.

<em><u>/s/Vitaliy Kats, Esq.</u></em><br>
Vitaliy Kats, Esq.